## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE B.-J.,                   :                    CIVIL ACTION
      Plaintiff                :
      v.                       :
                               :
FRANK BISIGNANO,                  :
Commissioner of the Social Security :
Administration,                   :
      Defendant                :                    NO.  25-6023

## ORDER

**AND NOW**, this 23rd day of March 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 6) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall reconsider whether, in light of Plaintiff's need for bilateral knee replacement surgery, Plaintiff needed a cane to walk.  He shall also reconsider whether Plaintiff is disabled, in light of the unresolved limitations caused by her need for bilateral knee replacement surgery and her obesity.

**BY THE COURT**:


    */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge